CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP 29 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER G. HAMILTON, | ) | Civil Action No. 7:11-cv-00203 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By: Hon. Jackson L. Kiser |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's claims are **DISMISSED**, except the claim about whether and how much GCA credit the VDOC will award him is **DISMISSED without prejudice**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner and counsel of record for the respondent.

ENTER: This 29th day of September, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge